Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
March 6, 2007









 

Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed March    6, 2007.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-07-00067-CV

____________

 

IN RE ORALIA ACOSTA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 29, 2007, relator
Oralia Acosta filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004).  Relator petitions
for a writ of mandamus directing a municipal court to take various actions with
respect to her case.  We do not have
jurisdiction to grant the relief that relator
requests.  See id.  

We accordingly dismiss relator=s petition for lack of jurisdiction.         

PER CURIAM

Petition Denied and Memorandum
Opinion filed March 6, 2007. 

Panel consists of Justices Yates, Anderson, and Hudson.